Paul D. Kelly, Esquire
Craig Annin & Baxter, LLP
41 Grove Street
Haddonfield, NJ 08033
(856) 795-2220
*Attorneys for Defendant*

| | |
|---|---|
| Patient Care Associates. LLC a/s/o S~~████~~ R~~████~~<br><br>Plaintiffs,<br><br>v.<br><br>Verizon Communications Inc.;ABC Corp. 1-10<br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action: 2:12-cv-03750- CCC-JAD |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to substitution of Edward S. Wardell, Esquire, and Matthew A. Baker, Esquire and Patrick J Murphy III, of the law firm ConnellFoley LLP as the attorneys for Defendant Verizon Communications, Inc.

Dated: ~~October~~ November 6, 2012

CONNELLFOLEY, LLP

By: _/s/ Edward Wardell_
Edward S. Wardell, Esquire
Connell Foley LLP
Superseding Attorneys

CRAIG, ANNIN & BAXTER, LLP

By: _/s/ Paul D. Kelly_
Paul D. Kelly, Esquire
Withdrawing Attorney