# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o S.R., <br><br> Plaintiff(s), <br><br> v. <br><br> VERIZON COMMUNICATIONS INC.; ABC CORP. (1-10) (Said names being fictitious and unknown entities), <br><br> Defendant(s), | Civil Action No. 2:12-cv-03750—CCC-JAD <br><br><br> **CIVIL ACTION** <br><br> STIPULATION AND CONSENT ORDER |

IT IS HEREBY STIPULATED BY the parties that Plaintiff, Patient Care Associates, LLC a/s/o S.R. ("PCA") is granted leave to file an Amended Complaint in the form agreed to by counsel for the parties (*See* **Exhibit A** attached hereto).

FURTHER, IT IS HEREBY STIPULATED BY the parties that the Verizon reserves all rights and affirmative defenses with respect to the proposed Amended Complaint.

Respectfully submitted,

By:   s/ Andrew R. Bronsnick
  Andrew R. Bronsnick, Esq.
  MASSOOD & BRONSNICK, LLC
  50 Packanack Lake Road East
  Wayne, New Jersey  07470
  Telephone:  (973) 696-1900
  *Attorneys for Plaintiff*

By:   *s/ Patrick J. Murphy,III*
  Patrick J. Murphy III, Esq.
  Connell Foley
  85 Livingston Avenue
  Roseland, NJ 07068
  Telephone: (973) 535-0500
  *Attorneys for Defendant*

Dated:  February 25, 2013

                              So ORDERED this ___ day of February, 2013.

                              Honorable Joseph A. Dickson
                              United States Magistrate Judge